Civil- (Dec-2008)

HONORABLE: Jeffrey Alker Meyer

DEPUTY CLERK: none   RPTR/ECRO/TAPE: Diana Huntington

TOTAL TIME: 1 hours 43 minutes

DATE: 5/3/2021   START TIME: 3:00PM   END TIME: 4:43PM

LUNCH RECESS   FROM: _____ TO: _____

RECESS (if more than ½ hr)   FROM: _____ TO: _____

CIVIL NO. 3:21-cv-00120-JAM

Adam Kissel                           Daniel Ortner
                                      Plaintiff's Counsel
        vs
Michelle H. Seagull                   Michael Skold
                                      Defendant's Counsel

## COURTROOM MINUTES- CIVIL

[✓] Motion hearing          [ ] Show Cause Hearing
[ ] Evidentiary Hearing     [ ] Judgment Debtor Exam
[ ] Miscellaneous Hearing

[✓] #13 Motion for preliminary injunction — [ ] granted [ ] denied [✓] advisement
[ ] # ___ Motion ___ — [ ] granted [ ] denied [ ] advisement
[ ] # ___ Motion ___ — [ ] granted [ ] denied [ ] advisement
[ ] # ___ Motion ___ — [ ] granted [ ] denied [ ] advisement
[ ] # ___ Motion ___ — [ ] granted [ ] denied [ ] advisement
[ ] # ___ Motion ___ — [ ] granted [ ] denied [ ] advisement
[ ] # ___ Motion ___ — [ ] granted [ ] denied [ ] advisement
[ ] Oral Motion ___ — [ ] granted [ ] denied [ ] advisement
[ ] Oral Motion ___ — [ ] granted [ ] denied [ ] advisement
[ ] Oral Motion ___ — [ ] granted [ ] denied [ ] advisement
[ ] Oral Motion ___ — [ ] granted [ ] denied [ ] advisement
[ ] Briefs(s) due ___   Proposed Findings due ___   Response due ___
[ ] ___ [ ] filed [ ] docketed
[ ] ___ [ ] filed [ ] docketed
[ ] ___ [ ] filed [ ] docketed
[ ] ___ [ ] filed [ ] docketed
[ ] ___ [ ] filed [ ] docketed
[ ] ___ [ ] filed [ ] docketed
[ ] Hearing continued until ___ at ___

Notes: