IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ADAM KISSEL, | : | No. 3:21-cv-00120-JAM |
| *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | |
| MICHELLE H. SEAGULL, | : | |
| *Defendant*. | : | JULY 7, 2021 |

**DEFENDANT'S RESPONSE TO PLAINTIFF'S
NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendant hereby submits this response to Plaintiff's notice regarding the Supreme Court's recent decision in *Ams. for Prosperity Found. v. Bonta*, Nos. 19-251, 19-255, 2021 U.S. LEXIS 3569 (July 1, 2021), which invalidated California's donor disclosure law because it imposed a "blanket," "up-front" and "pre-investigation" disclosure requirement through which the state "indiscriminate[ly]" harvested donor information from "nearly all" charities operating in the state, even in the absence of a pending complaint or investigation. *Ams. For Prosperity*, 2021 U.S. LEXIS 3569 at *25-28. Although the Court invalidated that overbroad law, it made clear that states constitutionally can require disclosure of donor information "***after*** initiating an investigation," and that there are "multiple alternative mechanisms" through which states constitutionally may do so. *Id*. at *28 (emphasis added). This language from the Court's decision is directly relevant to the constitutionality of Connecticut's readily distinguishable donor disclosure law, Conn. Gen. Stat. § 21a-190f(k), which does not require up-front disclosure and instead simply requires paid solicitors to collect and maintain donor information and to disclose that information only if DCP

1

specifically requests it, which DCP has not historically done and which it would do only if there is a valid investigative or enforcement purpose for doing so in a particular case. *See* Def. Opp. to PI, Dkt. No. 24 at 29-30; Hudson Declaration, Dkt. No. 24-1 at ¶¶ 51-54.

        Respectfully submitted,

        DEFENDANT MICHELLE H. SEAGULL

        WILLIAM TONG
        ATTORNEY GENERAL

BY: */s/ Michael K. Skold*
     Michael K. Skold (ct28407)
     Alma Rose Nunley (ct30610)
     Assistant Attorneys General
     Attorney General's Office
     165 Capitol Ave
     Hartford, CT 06141
     860-808-5020 (phone)
     860-808-5347 (fax)
     Michael.Skold@ct.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 7, 2021, a copy of the foregoing was electronically filed. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                          */s/  Michael K. Skold*
                                          Michael K. Skold
                                          Assistant Attorney General