# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ADAM KISSEL, | : | No. 3:21-cv-00120-JAM |
|     *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | |
| MICHELLE H. SEAGULL, | : | |
|     *Defendant*. | : | JANUARY 18, 2022 |

## JOINT MOTION FOR ENTRY OF STIPULATED
## FINAL JUDGMENT AND ORDER

In light of the Court's recent ruling on the motion for preliminary injunction, *see* ECF No. 30 ("the Order"), Plaintiff Adam Kissel and Defendant Michelle H. Seagull (collectively, the "Parties") hereby jointly request that the Court issue the attached stipulated final judgment and order to resolve this case. In making this request, Defendant notes that she disagrees with many aspects of the Court's Order and that she reserves the right to dispute and challenge the Court's analysis in future cases. Notwithstanding that reservation, the Parties acknowledge that the Court's views on the merits of Plaintiff's claims expressed in the Order are unlikely to change through further discovery and litigation, and that a prompt resolution of the case is therefore in the best interest of the Parties and judicial efficiency. This proposed stipulated judgment and order is contingent on the Court accepting the agreement in its entirety. If the Court does not accept any aspect of this proposed stipulated judgment, the Parties agree that the proposed judgment will become null and void and may not be used as the basis for any judgment in the case.

RESPECTFULLY SUBMITTED,

| | |
|---|---|
| PLAINTIFF,<br>ADAM KISSEL | DEFENDANT,<br>MICHELLE H. SEAGULL<br><br>WILLIAM TONG<br>ATTORNEY GENERAL |
| By: */s/ Daniel M. Ortner* | By: */s/  Michael Skold* |
| DANIEL M. ORTNER, Cal. Bar No. 329866*<br>E-Mail: dortner@pacificlegal.org<br>Pacific Legal Foundation<br>555 Capitol Mall, Suite 1250<br>Sacramento, California 95814<br>Telephone: (916) 419-7111<br>Facsimile: (916) 419-7747<br><br>JAMES M. MANLEY, Ariz. Bar No. 031820*<br>E-Mail: jmanley@pacificlegal.org<br>Pacific Legal Foundation<br>3241 E. Shea Blvd., #108<br>Phoenix, AZ 85028<br>Telephone: (916) 419-7111<br>Facsimile: (916) 419-7747 | Michael Skold (ct28407)<br>Alma Rose Nunley (ct30610)<br>Assistant Attorneys General<br>Attorney General's Office<br>165 Capital Avenue<br>Hartford, CT 06106<br>860-808-5020 (phone)<br>860-808-5347 (fax)<br>Alma.Nunley@ct.gov<br>Michael.Skold@ct.gov<br><br>Dated:  January 18, 2022 |

*Pro Hac Vice

Dated:  January 18, 2022

**CERTIFICATE OF SERVICE**

I hereby certify that on January 18, 2022, a copy of the foregoing was electronically filed. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/  Michael K. Skold*
Michael K. Skold
Assistant Attorney General